# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-33822M |
| Salvador Lunes-Hernandez | Citizenship: MEXICO |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts: COUNT 1: On or about August 29, 2019, at or near Nogales, Arizona, in the District of Arizona, Salvador LUNES-Hernandez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Paso Del Norte, Tx, Bridge on 02/24/2018, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about August 29, 2019, at or near Nogales, Arizona, in the District of Arizona, Salvador LUNES-Hernandez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1), a petty misdemeanor.

Salvador LUNES-Hernandez is a citizen of Mexico. On 02/24/2018, Salvador LUNES-Hernandez was lawfully denied admission, excluded, deported, and removed from the United States through Paso Del Norte, Tx, Bridge. On August 29, 2019, agents found Salvador LUNES-Hernandez in the United States at or near Nogales, Arizona. Salvador LUNES-Hernandez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about August 29, 2019, agents found Salvador LUNES-Hernandez in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Salvador LUNES-Hernandez admitted to illegally entering the United States of America from Mexico on or about August 29, 2019, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 08/30/2019

at Tucson, Arizona

Andrew Carpenter, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 08/30/2019

**Leslie A. Bowman**
**Magistrate Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 19-33822M

vs.

Salvador Lunes-Hernandez

## JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Salvador Lunes-Hernandez, was represented by counsel, Vincent Lacsamana (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 08/30/2019. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 08/29/2019 |

As pronounced on 08/30/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Friday, August 30, 2019.

*Leslie A. Bowman*

Leslie A. Bowman
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **JUDGE'S MINUTES** |

Date: 08/30/2019        Case Number: 19-33822M

USA vs. **Salvador Lunes-Hernandez**
Magistrate Judge: LESLIE A. BOWMAN        Judge AO Code: 70BX
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Joyce Garcia, Spanish
Attorney for Defendant: Vincent Lacsamana (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **08/29/2019**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Vincent Lacsamana (CJA) is appointed as attorney of record for defendant.


Recorded by Courtsmart    COP: 1
BY: Armida Butler         Sent: 0
    Deputy Clerk          IA: 0
    Start: 1:33 pm Stop: 2:13 pm