MICHAEL BAILEY
United States Attorney
District of Arizona

CHRISTOPHER J. LEWIS
Special Assistant U.S. Attorney
Arizona State Bar #017329
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: christopher.lewis3@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>**Salvador LUNES-Hernandez,**<br>　**aka: Salvador De La Cruz-Lunez**,<br><br>　　　　　　Defendant. | **19-33822M - LAB**<br><br>**MOTION TO DISMISS COMPLAINT AND VACATE CONVICTION** |

　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, 18 U.S.C. §5031 et seq., and by leave of Court, the United States Attorney for the District of Arizona, through undersigned counsel hereby moves the court to dismiss the above-captioned complaint with prejudice and vacate the conviction against the above-named defendant. The government requests an order immediately releasing the defendant from further custody in this criminal matter.

　　　　Respectfully submitted this 9 September 2019.

　　　　　　　　　　　　　　　　　　　　MICHAEL BAILEY
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　District of Arizona
　　　　　　　　　　　　　　　　　　　　*/ss/ Christopher J. Lewis*
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means,
this 9 September 2019 to:

Attorney for Defendant: Vincent L. Lacsamana, Esq.