UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>vs.<br>**Salvador LUNES-Hernandez,**<br>**aka: Salvador De La Cruz-Lunez,**<br>　　　　　Defendant. | **19-33822M - LAB**<br><br>ORDER |

The Court having considered the United States' Motion to Dismiss the complaint in the above-captioned matter and finding good cause therefrom;

IT IS HEREBY ORDERED that the complaint is dismissed without prejudice and the conviction is vacated.

IT IS FURTHER ORDERED that the defendant be immediately released from criminal custody in this matter.

DATED this September 9, 2019.

　　　　　　　　　　　　　　　　　　　　HONORABLE LESLIE A. BOWMAN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　District of Arizona