1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9    United States of America,                    No. 19-33822PO-001-TUC-LAB
10                   Plaintiff,                    **ORDER**
11   v.
12   Salvador Lunes-Hernandez,
     aka Salvador De La Cruz-Lunez,
13
14                   Defendant.
15
16          The Court having considered the United States' Motion to Dismiss the complaint
17   in the above-captioned matter and finding good cause therefrom:
18
            **IT IS HEREBY ORDERED** that the complaint is dismissed without prejudice
19   and the conviction is vacated.
20
            **IT IS FURTHER ORDERED** that the defendant be immediately released from
21   criminal custody in this matter.
22
            Dated this 10th day of September, 2019.
23
24
25                                            _Leslie A. Bowman_
                                             _____
26                                            Honorable Leslie A. Bowman
                                             United States Magistrate Judge
27
28